**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NENOMOSHIA THOMAS                                                                    PLAINTIFF

v.                                          NO. 3:12CV00050 JLH

ROSS THOMPSON, in his official capacity as
Chief of Police for Blytheville, Arkansas;
CITY OF BLYTHEVILLE, ARKANSAS; and
MATT JACKSON                                                                          DEFENDANTS

## ORDER

        The defendants removed this action from the Circuit Court of Mississippi County, Arkansas,

on February 16, 2012.  On that date they also filed a motion to stay the proceedings in the state

court.  It appears that that motion was intended to be addressed to the Circuit Court of Mississippi

County, Arkansas, not this Court.  Accordingly, the motion is denied as moot.  Document #4.

        IT IS SO ORDERED this 22nd day of February, 2012.

                                        _____
                                        J. LEON HOLMES
                                        UNITED STATES DISTRICT JUDGE