# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NENOMOSHIA THOMAS                                                                                PLAINTIFF

v.                                          NO. 3:12CV00050 JLH

ROSS THOMPSON, in his official capacity as
Chief of Police for Blytheville, Arkansas;
CITY OF BLYTHEVILLE, ARKANSAS;
and MATT JACKSON                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Ross Thompson, in his official capacity as Chief of Police for Blytheville, Arkansas; the City of Blytheville, Arkansas; and Matt Jackson, in his official capacity as a policeman for Blytheville, Arkansas, on the claims of Nenomoshia Thomas asserted pursuant to 42 U.S.C. § 1983.  The Court declines to exercise supplemental jurisdiction over the claims of Nenomoshia Thomas that are based on the laws of the State of Arkansas.  This action is remanded to the Circuit Court of Mississippi County, Arkansas, for adjudication of Thomas's claims that are based on the laws of the State of Arkansas.

IT IS SO ORDERED this 1st day of February, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE